JEROME BURGESS
#990922
NORTH FLORIDA RECEPTION MEDICAL CTR
P.O. BOX 628
LAKE BUTLER, FL 32054

JACKSONVILLE, FL PDDC 322
MON 11 APR 2022 PM

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

UNITED STATES MIDDLE DISTRICT
   FEDERAL COURT
300 NORTH HOGAN STREET
Suite 9-150
Jacksonville, FL 32202